IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>vs. )<br>)<br>INGRID J. WINTERKAMP, )<br>        Defendant. )<br>and )<br>)<br>BANK OF AMERICA, )<br>NA C/O JON JAY ASSOCIATES INC. )<br>        Garnishee. ) | CASE NO. 3:01CV256<br>(Financial Litigation Unit) |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Ingrid J. Winterkamp aka/Ingrid W. Shute on November 15, 2006 is DISMISSED.

Signed: March 6, 2007

Graham C. Mullen
United States District Judge